IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CEDAR LANE TECHNOLOGIES INC,, <br> Plaintiff, | § § § | |
| v. | § § | Cause No. WA-22-CV-0811-AM |
| PARKHELP USA, INC., <br> Defendant. | § § § | |

### ORDER

On September 2, 2022, the Plaintiff, Cedar Lane Technologies, Inc., and the Defendant, ParkHelp Technologies, Inc., filed a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 12.) The Court therefore **ORDERS** that all claims against the Defendant are hereby **DISMISSED WITH PREJUDICE** and all counterclaims against the Plaintiff are **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own costs, expenses, and attorneys' fees.

The Court further **ORDERS** that the Clerk of Court shall immediately close the present civil cause of action and any pending motions.

SIGNED this _____ day of September, 2022.

ALIA MOSES
United States District Judge